**No. 54313.**—A1-Tray Co. and Import Export Industries, Inc. v. United States, protests 147850–K and 150824–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protests were sustained to this extent.

**No. 54314.**—Wine Shippers Import Corp. v. United States, protest 155416–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the merchandise, issues, and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protest was sustained to this extent.

**No. 54315.**—Collin & Gissel v. United States, protest 122971–K (Galveston).

Opinion by Johnson, J. At the trial it was stipulated that the merchandise consists of torsion balances, vertical field balances, and parts thereof, similar in all material respects to those the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058) and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121). The claim at 27½ percent under paragraph 372 was therefore sustained.